**Stanley C. MIERZANKA, Appellant, v. UNITED STATES of America, Appellee.**

No. 10968.

United States Court of Appeals
Sixth Circuit.

Feb. 16, 1950.

Joseph F. Deeb, Grand Rapids, Mich., for appellee.

Before HICKS, Chief Judge, and SIMONS and MILLER, Circuit Judges.

PER CURIAM.

This appeal was heard upon the record and briefs of the respective parties;

And the Court being sufficiently advised, it is ordered that the judgment of the District Court be and is affirmed for the reasons given by the District Judge in his opinion of June 28, 1949. 89 F.Supp. 573.

**Robert G. KASLOW, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia**

No. 13088.

United States Court of Appeals,
Fifth Circuit.

April 20, 1950.

Robert G. Kaslow, in pro. per.

Col. Eugene M. Caffey, Hq. Third Army, Office of Staff Judge Advocate, Ft. McPherson, Ga., Lt. Col. Seymour W. Wurfel, Hq. Third Army, Office of Staff Judge Advocate, Ft. McPherson, Ga., J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower court is affirmed.

**Alva Dewey HUNT v. William H. Hiatt, Warden, United States Penitentiary, Atlanta, Georgia**

No. 13035.

United States Court of Appeals,
Fifth Circuit.

April 20, 1950.

Alva Dewey Hunt, in pro. per.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower court is affirmed.